Court of Chancery. New Castle. September 6, 1820.

*Ridgely's Notebook III, 242.*

ISAAC STIDHAM v. THOMAS JAQUET and SAMUEL NIVIN, Administrator of Peter Jaquet, the younger.

Court of Chancery. New Castle. September 6, 1820.

*Ridgely's Notebook III, 246.*

This case went off on a compromise. The question was whether the Court of Chancery could relieve the complainant on award made on a reference to arbitrators by a rule of a court of law, and that award was returned to the court and confirmed, after a rule to show cause why it should not be set aside, an examination of witnesses into the conduct of the arbitrators, and the rule discharged. No opinion was given by THE CHANCELLOR, but he intimated great doubt.